No. 87–333.  DELTA AIR LINES, INC. *v.* PORT AUTHORITY OF NEW YORK AND NEW JERSEY.  C. A. 2d Cir.  Certiorari denied.

No. 87–683.  GALLOWAY, SHERIFF, HOLMES COUNTY, FLORIDA *v.* JOSEY.  Sup. Ct. Fla.  Certiorari denied.

No. 87–711.  MUNN *v.* DUCK.  C. A. 9th Cir.  Certiorari denied.

No. 87–854.  COLANESE ET AL. *v.* NEW PRAIRIE CLASSROOM TEACHERS ASSN.  Ct. App. Ind.  Certiorari denied.

No. 87–976.  INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 87–977.  TEXAS EASTERN TRANSMISSION CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION;
No. 87–978.  SHELL OFFSHORE INC. ET AL. *v.* ASSOCIATED GAS DISTRIBUTORS ET AL.;
No. 87–979.  CITY OF WILLCOX, ARIZONA, ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 87–1091.  SOUTHERN CALIFORNIA GAS CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1011.  ILLINOIS *v.* WHITE.  Sup. Ct. Ill.  Certiorari denied.

No. 87–1130.  BEATTIE ET AL., BY AND THROUGH THEIR NEXT FRIEND, BEATTIE *v.* UNITED STATES; and
No. 87–1244.  GREISEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–1194.  COSMETIC, TOILETRY & FRAGRANCE ASSN. *v.* PUBLIC CITIZEN ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1222.  HOUSTON *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.